

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:*<br><br>JOHN MEDEIROS, JR.,<br>    Debtor | Ch. 13<br>20-10583-MSH |

## Proceeding Memorandum and Order

**MATTER:**

Telephonic Hearing: #98 Motion of Debtor to Extend Time to File Amended Plan (R. Smeloff)

**Decision set forth more fully as follows:**

Telephonic hearing held. Allowed; the deadline to file an amended plan is hereby extended to and including March 4, 2021.

Dated: 2/25/2021

By the Court,

Melvin S. Hoffman
United States Bankruptcy Judge